**IN THE SUPREME COURT OF PENNSYLVANIA**
**MIDDLE DISTRICT**

COMMONWEALTH OF PENNSYLVANIA, : No. 290 MAL 2017
:
                  Respondent :
:
                 : Petition for Allowance of Appeal from
                 : the Order of the Superior Court
           v. :
:
:
LYDIA GRINE, :
:
                  Petitioner :

## ORDER

**PER CURIAM**

    **AND NOW**, this 19th day of September, 2017, the Petition for Allowance of Appeal is **DENIED**.